22 F.3d 301
 In re East Wind Industries, Inc. (Two Cases); Juve (Robert
D.), Trustee for Bearfoot Corporation
v.
East Wind Industries, Inc., U.S. , Unsecured Creditors
Committee, U.S. Trustee (Two Case); In re Delaware East
Wind, Inc.; Levy, Angstreich, Finney, Baldante, Mann &
Burkett, Special Counsel on Behalf of Debtor in Possession,
Delaware East Wind, Inc. v. Juve (Robert D.), Trustee,
Delaware East Wind, Inc.
 NOS. 93-5406, 93-5441
 United States Court of Appeals,
Third Circuit.
 Mar 07, 1994
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.